OLIVER C. WAGSTAFF et al., Appellants, *v.* HOLLY SUGAR CORPORATION et al., Respondents.

Argued October 13, 1938; decided October 28, 1938.

*Arleigh Pelham* and *James L. Banks, Jr.,* for appellants.

*T. F. Davies Haines, Charles Garside, Gerhard R. Gerhard, Henry C. Smith* and *A. C. Patterson* for respondents.

Judgment affirmed, with costs; no opinion.   (See 279 N. Y. 686.)

Concur: LEHMAN, O'BRIEN, LOUGHRAN and RIPPEY, JJ.   Dissenting: CRANE, Ch. J., HUBBS and FINCH, JJ.